# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10069
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 9, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HEATH JAYDEL BREWER,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:18-CR-241-1

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:*

Heath Jaydel Brewer appeals the 215-month sentence following his guilty plea to possession with intent to distribute a controlled substance. Brewer argues that the district court improperly limited the extent of his downward departure by considering improper factors. *See United States v. Desselle*, 450 F.3d 179, 182 (5th Cir. 2006).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Although the district court may have muddled the steps of the sentencing analysis, its comments make clear that it does not believe that a sentence reflecting any further departure from Brewer's guidelines range would be appropriate.  As such, any error in imposing Brewer's 215-month sentence was harmless.  *See United States v. Malone*, 828 F.3d 331, 341 (5th Cir. 2016).  To the extent Brewer contends that he deserved a larger downward departure given his assistance to the Government, we lack jurisdiction to consider his argument.  *See id.*

AFFIRMED.